JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
MARY KATE KAMKA (State Bar No. 282911)
mkk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant ALLY FINANCIAL INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RILEY and DANIELLE RILEY, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL, INC., fka GMAC, a Corporation,<br><br>Defendant. | Case No. 3:14-cv-1035-LAB-DHB<br><br>**ALLY FINANCIAL INC.'S *AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, STAY ACTION**<br><br>Date:   June 16, 2014<br>Time:  11:45 a.m.<br>Crtrm.: 14A<br>Judge:  Hon. Larry Alan Burns |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **June 16, 2014**, at **11:45 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 14A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, defendant Ally Financial Inc. will and hereby does move for an order dismissing plaintiffs Joseph and Danielle Riley's complaint for failure to state a claim upon which relief can be granted or, alternatively, to stay the action pending final resolution of the parallel putative class action in *Ally Financial Inc., fka GMAC Inc. v. Angela C. Lazrovich*

*and related cross-action*, Superior Court of California, County of Santa Clara, Case No. 111CV195659.  This amended notice of motion and motion is filed and served in light of the reassignment of the case from the Hon. Jeffrey T. Miller to the Hon. Larry Alan Burns, and supersedes the original notice of motion and motion to dismiss or, alternatively, stay the action that was set for Judge Miller's calendar.

The motion to dismiss is made under Rule 12(b)(6) of the Federal Rules of Civil Procedure and is based on the ground that the complaint and each of its counts fail to state a claim upon which relief can be granted against Ally because the Rileys released Ally from the claims they attempt to assert here through the final approval of the *Lazrovich* class action settlement.  The motion to stay is made pursuant to the Court's inherent authority to manage its docket and on the grounds that the *Lazrovich* court enjoined the Rileys from pursuing the claims alleged here, that the final judgment in *Lazrovich* will operate as *res judicata* and bar the claims asserted here, that it would waste party and Court resources to allow this parallel action to proceed after final approval has already been granted in *Lazrovich*, and on the other grounds detailed in Ally's supporting memorandum.

The motions are based on this amended notice of motion and motion, the previously filed memorandum of points and authorities (*see* Dkt. no. 11-1) and declaration of Erik Kemp (*see* Dkt. nos. 11-2 & 11-3), the complaint and all other pleadings and records on file in this action, and upon such other argument as may be presented at any hearing on the motions.

1 | DATED:  May 2, 2014 SEVERSON & WERSON
2 | A Professional Corporation
3 |
4 |
5 | By: _____/S/ Erik Kemp_____
    Erik Kemp
6 |
7 | Attorneys for Defendant
    ALLY FINANCIAL INC.
8 | Email: ek@severson.com